FILED

08 OCT 10 PM 2:34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 08 80202 MISC

Harry Thompson Lehrkind - #92231

_____/

**ORDER TO SHOW CAUSE**

It appearing that Harry Thompson Lehrkind has been enrolled as an inactive member of the State Bar of California due to MCLE noncompliance and that he may not practice law while so enrolled effective July 1, 2008,

**IT IS ORDERED**

That respondent show cause in writing on or before November 19, 2008 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Harry Thompson Lehrkind
Attorney At Law
2 Hampton Road
Piedmont, CA 94611