FILED

DEC 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Harry Thompson Lehrkind,

No 92231

No CV-08-80202 MISC VRW

ORDER

On October 10, 2008, the court issued an order to show cause (OSC) why Harry Thompson Lehrkind should not be removed from the roll of attorneys authorized to practice law before this court based on his administrative enrollment, effective July 1, 2008, as an inactive member of the State Bar for failure to pay Bar member fees.  The OSC was mailed to Mr Lehrkind's address of record with the State Bar.  He has filed no response.

The court now orders Harry Thompson Lehrkind removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close this file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Harry Thompson Lehrkind,

_____/

Case Number: CV08-80202 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harry Thompson Lehrkind,
2 Hampton Road
Piedmont, CA 94611

Dated: December 15, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*